UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-22288-CIV-GRAHAM/O'SULLIVAN

WAYNE GRABEIN, individually
and on behalf of all others
similarly situated,

    Plaintiffs,

vs.

JUPITERIMAGES CORPORATION
d/b/a as clipart.com, a
foreign corporation for
profit,

    Defendant.
_____/

## NOTICE

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Trial Conflict (D.E. 49), filed June 23, 2008.

**THE COURT** having considered the notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff is directed to comply with Local Rule 16.3 as follows:

    1.   Plaintiff's counsel shall notify Judge that this case was set for trial on December 20, 2007.

    2.    Provide this Court with the date that the trial order was filed in the cause (or causes) in conflict with the above-captioned case.

**DONE AND ORDERED** at Miami, Florida, 10th day of July, 2008.

```
                              s/Donald L. Graham
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE
```

cc:  Counsel of Record