UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-22288-CIV-GRAHAM/TORRES

WAYNE GRABEIN,
individually and
on behalf of others
similarly situated,

    Plaintiff,

vs.

JUPITERIMAGES CORPORATION,
d/b/a clipart.com, a foreign
corporation for profit,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** comes before the Court upon Defendant's Motion for Summary Judgment [D.E. 27].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Edwin G. Torres [D.E.s 34 and 36]. The Magistrate Judge issued a Report recommending that Defendant's motion be granted [D.E. 53]. The time for objections has expired with Defendant filing no objections.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 53] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [D.E. 27] is **GRANTED**. Judgment will issue separately. It is further

**ORDERED AND ADJUDGED** that the Pretrial Conference currently scheduled for July 30, 2008 is **CANCELLED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of July, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Torres
    Counsel of Record