UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-22288-CIV-GRAHAM/TORRES

WAYNE GRABEIN,
individually and
on behalf of others
similarly situated,

    Plaintiff,

vs.

JUPITERIMAGES CORPORATION,
d/b/a clipart.com, a foreign
corporation for profit,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon a review of the record. The Court has separately entered an order granting the Defendant's Motion for Summary Judgement. In accordance with Federal Rule of Civil Procedure 58, it is hereby

**ORDERED AND ADJUDGED** that judgment is entered against Plaintiff Wayne Grabein and in favor of Defendant Jupiterimages Corporation. The Plaintiff shall take nothing pursuant to this judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of July, 2008.

                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Torres
     Counsel of Record